```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROBERTO ARCE,

                    Petitioner,            ORDER

        - against -                        21 Civ. 346 (NRB)
                                           16 Crim. 643-2 (NRB)
UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Upon reading the motion of petitioner, pursuant under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence by a person in federal custody, it is hereby

**ORDERED** that the United States Attorney's Office shall file a response to the motion on or before February 26, 2021, and any reply thereto is due on or before March 26, 2021; and it is further

**ORDERED** that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated:   New York, New York
         January 26, 2021

                                        _____
                                            NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE